BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ROSS C. MOODY, State Bar No. 142541
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1376
  Fax: (415) 703-1234
  Email: Ross.Moody@doj.ca.gov

Attorneys for Respondent

**E-filed 7/27/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSE PEREZ MEDINA,<br><br>                      Petitioner,<br><br>v.<br><br>JEANNE WOODFORD,<br><br>                      Respondent. | C 06-2480- JF<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Date: August 4, 2006<br>Time: 9:00 a.m.<br>Department: Courtroom 3, Fifth Floor |
|---|---|

Pursuant to the stipulation of the parties, the motion to dismiss currently scheduled for August 4, 2006, at 9:00 a.m. is hereby continued to September 15, 2006, at 9:00 a.m., in Courtroom 3, on the Fifth Floor of 280 South 1st Street, San Jose, California.

It is so stipulated:

_____
Ross C. Moody
Counsel for Respondent
July 24, 2006

_____
Carla J. Johnson
Counsel for Respondent, Jose Perez Medina
July 24, 2006

IT IS SO ORDERED

Dated: __7/27/06__

_____
Jeremy Fogel
United States District Judge

Stipulation and Order Continuing Hearing on Mot. To Dismiss

Jose Perez Medina v. Jeanne Woodford
C 06-2480- JF