**E-Filed 1/11/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE PEREZ MEDINA,<br><br>                Petitioner,<br><br>    v.<br><br>JEANNE WOODFORD,<br><br>                Respondent. | Case Number C 06-2480 JF<br><br>ORDER[1] LIFTING STAY<br><br>[re: docket no. 10, 11] |

    On October 2, 2006, the Court denied Respondent's motion to dismiss and stayed proceedings pending exhaustion of state court remedies. On December 9, 2006, Petitioner filed notice that he had exhausted state court remedies. Accordingly, the Court will lift the stay on proceedings. Respondent shall file an answer within thirty days of the issuance of this order. The parties shall abide by the provisions of the order to show cause issued on May 11, 2006.

DATED: January 11, 2007.

                                        JEREMY FOGEL<br>
                                        United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

1  This Order has been served upon the following persons:

2  Carla Jane Johnson          laseajay@charter.net

3  Ross C. Moody               ross.moody@doj.ca.gov, nelly.guerrero@doj.ca.gov;
                                DocketingSFAWT@doj.ca.gov; ECFCoordinator@doj.ca.gov

2

Case No. C 06-2480 JF
ORDER LIFTING STAY
(JFLC1)