**E-filed 1/31/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOSE PEREZ MEDINA,** | C 06-2480-JF |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **JEANNE WOODFORD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until April 16, 2007, to answer or file another pleading responsive to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent on or before May 16, 2007.

Dated: ___ 1/31/07 _____         _____
                                             JEREMY FOGEL
                                             United States District Judge

[Proposed] Order - *Medina v. Woodford* - Case No. C 06-2480-JF

1