CARLA J. JOHNSON
Attorney at Law
California State Bar No. 192768
3233 E. Broadway
Long Beach, California 90803
Telephone: (562) 433-7777
Fax: (562) 433-7790
EMAIL: laseajay@charter.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
JOSE PEREZ MEDINA,           )    No. C 06-2480-JF
                             )    PETITIONER'S APPLICATION
    Petitioner,              )    FOR ENLARGEMENT OF TIME TO
                             )    FILE TRAVERSE; DECLARATION
    v.                       )    OF CARLA J. JOHNSON
JEANNE WOODFORD,             )    PROOF OF SERVICE
    Dept. of Corrections,    )    U.S. District Judge
                             )    Jeremy Fogel
    Respondent.              )
-----------------------------
```

Petitioner JOSE PEREZ MEDINA respectfully applies to this Court for an enlargement of time, to and including June 16, 2007, in which to file Traverse to Respondent's Answer to Order to Show Cause, with the present due date of May 16, 2007.  This application is made for good cause, as set forth in the attached declaration of Attorney Carla J. Johnson.

        Dated:                  Respectfully submitted,


                                s/Carla J. Johnson


APPLICATION FOR ENLARGEMENT OF TIME  -1                         1

laseajay@charter.net

Attorney for Petitioner

DECLARATION OF CARLA J. JOHNSON

I, Carla J. Johnson, declare under penalty of perjury and the laws of the United States and the state of California, that the following is true:

1.  I am the attorney of record for petitioner Jose Perez Medina.

2.  On 5/11/06, this Court ordered respondent to show cause why the writ should not be issued. This Court ordered that a traverse should be filed within 30 days of that answer.

3.  On 1/31/07, this Court granted respondent's motion for extension of time to file response.

4.  On April 16, 2007, respondent filed a 30 page answer.

5.  Since receiving the answer, I have been preparing the traverse, but have been unable to complete it because I completed the following matters: Appellant's Opening Brief to the Ninth Circuit in Gonzalez v. Woodford, CV-06-2140 filed on April 23, 2007; Objections to Report and Recommendation in Bernal v. Woodford, Southern District No. 06-0558 BTM(NLS), filed April 26, 2007.

6.  I also had an evidentiary hearing granted in Kenny Lee v. Tilton, Central District No. CV 05-7006-CAS (FFM),

and have had to begin locate the witnesses for that hearing.

    7. I need additional time to complete the draft of the traverse, have it formatted, and filed with this Court.

    8. On May 7, 2007, I emailed a message for respondent's attorney Ross C. Moody, asking whether he had an objection to my request for enlargement of time to file traverse. That same day Ross C. Moody emailed me back to say he had no objection to a 30 day extension.

    9.  For these reasons, I am requesting an enlargement of time to file traverse, until June 16, 2007. No further extensions are contemplated.

    Executed this 7th day of May, 2007, in Long Beach, California, Los Angeles County.

                                        _____
                                        s/Carla J. Johnson
                                        laseajay@charter.net
                                        Attorney for Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
JOSE PEREZ MEDINA,           )   No. C 06-1414 MJJ
                             )
     Petitioner,             )   ORDER GRANTING ENLARGMENT
                             )   OF TIME TO FILE TRAVERSE
     v.                      )
JEANNE WOODFORD,             )
     Dept. of Corrections,   )   U.S. District Judge
                             )   Jeremy Fogel
     Respondent.             )
_____
```

GOOD CAUSE APPEARING, it is HEREBY ORDERED that petitioner may have until June 16, 2007, in which to file a traverse in this case.

Dated: 5/18/07                 _____
                                HON. JEREMY FOGEL

Proposed order

CERTIFICATE OF SERVICE

I am a resident of the County of Los Angeles, I am over the age of 18 years and not a party of the within entitled action. My business address is 3233 E. Broadway, Long Beach, CA 90803.

On May 7, 2007, I served PETITIONER'S APPLICATION FOR ENLARGEMENT FO TIME TO FILE TRAVERSE, DECLARATION, PROPOSED ORDER, AND PROOF OF SERVICE, by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at: Long Beach, California, addressed as follows:

Ross C. Moody
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Jose Perez Medina

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 7, 2007 at Long Beach, California.

S/ Carla J. Johnson
Carla J. Johnson
laseajay@charter.net