efiled 6/12/07

CARLA J. JOHNSON
Attorney at Law
California State Bar No. 192768
3233 E. Broadway
Long Beach, California 90803
Telephone: (562) 433-7777
Fax: (562) 433-7790
EMAIL: laseajay@charter.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE PEREZ MEDINA, | ) | No. C 06-2480-JF |
| | ) | PETITIONER'S 2nd |
| | ) | APPLICATION |
| Petitioner, | ) | FOR ENLARGEMENT OF TIME TO |
| | ) | FILE TRAVERSE; DECLARATION |
| v. | ) | OF CARLA J. JOHNSON |
| JEANNE WOODFORD, | ) | PROOF OF SERVICE |
| Dept. of Corrections, | ) | U.S. District Judge |
| | ) | Jeremy Fogel |
| Respondent. | ) | |

_____

    Petitioner JOSE PEREZ MEDINA respectfully applies to
this Court for an enlargement of time, to and including
July 16, 2007, in which to file Traverse to Respondent's
Answer to Order to Show Cause, with the present due date of
June 16, 2007.  This application is made for good cause, as
set forth in the attached declaration of Attorney Carla J.
Johnson.

        Dated: June 7, 2007  Respectfully submitted,


                    s/Carla J. Johnson

APPLICATION FOR ENLARGEMENT OF TIME  -1

1

laseajay@charter.net

Attorney for Petitioner

DECLARATION OF CARLA J. JOHNSON

I, Carla J. Johnson, declare under penalty of perjury and the laws of the United States and the state of California, that the following is true:

1.   I am the attorney of record for petitioner Jose Perez Medina.

2.   On 5/11/06, this Court ordered respondent to show cause why the writ should not be issued. This Court ordered that a traverse should be filed within 30 days of that answer.

3.   On 1/31/07, this Court granted respondent's motion for extension of time to file response.

4.   On April 16, 2007, respondent filed a 30 page answer.

5.   On May 18, 2007, this Court granted petitioner's first motion for extension of time.

6.   I now need a second extension due to a family emergency. My mother's 90 year old sister in Illinois is ill and my mother needs me to accompany her in the trip to see her only sister. My mother is 85 and will need assistance in changing planes and getting around once we arrive.

7. I have begun preparing the traverse, but I have been unable to complete it, due to other matters, including drafting and filing the Traverse in Tin Tri Nguyen v. Tilton, CV 06-1414 (MJJ), as well as preparing for an evidentiary hearing in Kenny Lee v. Tilton, Central District No. CV 05-7006-CAS (FFM), as well as work required on one automatic appeal, People v. Poynton, S096809, and one capital habeas case, In re John A. Riccardi, S056842.

8. On June 4, 2007, I emailed a message for respondent's attorney Ross C. Moody, asking whether he had an objection to my request for enlargement of time to file traverse. That same day Ross C. Moody emailed me back to say he had no objection to a 30 day extension.

9. For these reasons, I am requesting an enlargement of time to file traverse, until July 16, 2007. No further extensions are contemplated.

Executed this 7th day of June, 2007, in Long Beach, California, Los Angeles County.

_____

s/Carla J. Johnson

laseajay@charter.net

Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE PEREZ MEDINA,                    )        No. C 06-2480-JF
                                      )
        Petitioner,                   )        ORDER GRANTING ENLARGMENT
                                      )        OF TIME TO FILE TRAVERSE
        v.                            )
JEANNE WOODFORD,                      )
        Dept. of Corrections,         )        U.S. District Judge
                                      )        Jeremy Fogel
        Respondent.                   )
_____

        GOOD CAUSE APPEARING, it is HEREBY ORDERED that

petitioner may have until July 16, 2007, in which to file a

traverse in this case.


        Dated: __6/12/07_____        _____

                                          HON. JEREMY FOGEL




        Proposed order

CERTIFICATE OF SERVICE


I am a resident of the County of Los Angeles, I am over the age of 18 years and not a party of the within entitled action. My business address is 3233 E. Broadway, Long Beach, CA 90803.

On June 7, 2007, I served PETITIONER'S 2nd APPLICATION FOR ENLARGEMENT FO TIME TO FILE TRAVERSE, DECLARATION, PROPOSED ORDER, AND PROOF OF SERVICE, by placing true copies thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at: Long Beach, California, addressed as follows:

Ross C. Moody
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Jose Perez Medina


I declare under penalty of perjury that the foregoing is true and correct. Executed on June 7, 2007 at Long Beach, California.


S/ Carla J. Johnson

Carla J. Johnson

laseajay@charter.net