UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEREZ MEDINA, | No. C-06-2480 EMC |
| Petitioner, | |
| v. | **ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY** |
| JEANNE WOODFORD, Warden, | |
| Respondent. | **(Docket No. 40)** |

Previously, the Court issued an order denying Petitioner Jose Perez Medina's petition for a writ of habeas corpus. *See* Docket No. 38 (order). In the order, the Court inadvertently failed to address whether or not a certificate of appealability should issue. *See* Section 2254 Case Rule 11 (providing that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant"). Mr. Medina thus filed, in conjunction with his notice of appeal, a motion for a certificate of appealability. The Court hereby **DENIES** Mr. Medina's motion. That is, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c). This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

Dated: February 15, 2012

_____
EDWARD M. CHEN
United States District Judge